LAW OFFICES

# JEFFER, HOPKINSON & VOGEL

1600 ROUTE 208 NORTH
HAWTHORNE, NEW JERSEY 07506
(973) 423-0100

FACSIMILE (973) 423-5614

250 TEQUESTA DRIVE
P.O. BOX 3010
TEQUESTA, FLORIDA 33469
(561) 747-6000
FACSIMILE (561) 575-9167

150 BROADWAY
SUITE 2206
NEW YORK, NEW YORK 10038

MAILING ADDRESS:

P.O. BOX 507
HAWTHORNE, NEW JERSEY 07507

WRITER'S VOICE MAIL EXT. 147

**VIA E-FILE**

June 10, 2011

The Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey  07102

Re:   **Robert Hahn v. OnBoard, LLC, Jonathan Bednarsh
and Marc Siden
Case No. 2:09-cv-03639-DRD-MAS**

Dear Magistrate Judge Shipp:

This letter is with reference to Your Honor's instructions at the end of trial yesterday, June 9, 2011, regarding the filing of amended proposed findings of fact and conclusions of law by the parties.

Counsel for defendant OnBoard and I have conferred and we have agreed that the amended proposed findings will be filed on or before June 23, 2011.

If the Court requires any further information, please do not hesitate to contact the undersigned.

Respectfully,

MELINDA B. MAIDENS
For the Firm

MBM:so
cc:   Client (via email)
      David C. Berg, Esq. (via e-mail)
      Arthur Russell, Esq. (via e-mail)